UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALDO RONDINELLI & ) | |
| ANNA RONDINELLI ) | CIVIL ACTION NO. |
|    Plaintiffs ) | 3:10-CV-00714 (PCD) |
| ) | |
| v. ) | |
| ) | |
| RICKENBACKER GROUP, INC. d/b/a ) | |
| RICKENBACKER COLLECTION SERVICES ) | |
| & JANE DOE a/k/a CYNTHIA MENDES ) | |
|    Defendants ) | MAY 4, 2010 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiffs, Aldo Rondinelli and Anna Rondinelli, through their attorney, hereby give notice that the claims of the above-entitled action shall be dismissed without prejudice, without costs or attorney's fees.

Plaintiffs, Aldo Rondinelli and Anna Rondinelli

By/s/ Daniel S. Blinn
Daniel S. Blinn  (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
(860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on this 4th day of May, 2011, a copy of the foregoing Notice of Dismissal with Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn